IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| ACTION LOANS, INC. and §<br>UNIFIED LOANS, INC., §<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>FIRST CASH FINANCIAL §<br>SERVICES, INC., f/d/b/a FIRST §<br>CASH, INC., §<br>§<br>Defendant. § | Civil Case No. 499-CV-1067-YA |

## ORDER

After consideration of the parties' Joint Motion to Amend Scheduling Order, this Court finds that the relief sought therein is well taken.

Accordingly, this Court's October 3, 2000, Scheduling Order is modified as follows:

November 28, 2000 - deadline for designation of expert witnesses and service of written reports;

December 12, 2000 - deadline for the completion of depositions of any experts designated on November 28, 2000;

December 26, 2000 - deadline for filing motions for summary judgment;

January 15, 2001 - deadline for filing any responses to motions for summary judgment; and

January 22, 2001 - deadline for any reply to any response to any motion for summary judgment.

IT IS SO ORDERED.

SIGNED this 15 day of Nov., 2000.

UNITED STATES DISTRICT JUDGE

W:\MARYANN\actionloans\Pleadings\order.wpd