

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ACTION LOANS, INC., ET AL., | § |
| Plaintiff, | § |
| VS. | § NO. 4:99-CV-1067-A |
| FIRST CASH FINANCIAL SERVICES, INC., | § |
| Defendant. | § |

## FINAL JUDGMENT

In accordance with the stipulation of dismissal filed January 29, 2001,

The court ORDERS, ADJUDGES, and DECREES that all claims asserted by plaintiffs, Action Loans, Inc., and Unified Loans, Inc., against defendant, First Cash Financial Services, Inc., and all counterclaims asserted by defendant against plaintiffs be, and are hereby, dismissed with prejudice. The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs incurred by that party.

SIGNED January 31, 2001.

JOHN McBRYDE
United States District Judge